Kenneth Leon Snow #1245177
Stiles Unit 3060 FM. 3514
Beaumont, Texas 77705



REC'D IN COURT OF APPEALS
12th Court of Appeals District

JUL 2 8 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

July 23, 2015

RE: Cause No. 12-08-00438-CR, of Kenneth Leon Snow.

Dear Clerk of Said Court,

I am writing in regards to the above cause in which an "ORAL ARGUMENT REQUESTED BRIEF", was filed on my behalf on or about the date of 29th. day of June 2009.

I never received notice of the final ruling decision by the Court or my Attorney. May I please have a copy of the final ruling by the 12.th Court Of Appeals.

Thank you for your time in this matter.

Sincerely,

Kenneth Leon Snow
7/23/15